# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS TRIBE OF PAIUTE INDIANS, | |
| Plaintiff(s), | Case No. 2:13-cv-02000-RCJ-NJK |
| vs. | RECUSAL ORDER |
| CHRISTOPHER W. PHEBUS, | |
| Defendant(s). | |

This matter was assigned to the undersigned Magistrate Judge on October 31, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: October 31, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge